# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | Telephone: [202] 502-2800<br>Fax:  [202] 502-2888<br>http://www.jpml.uscourts.gov |

May 11, 2007

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

E-filing

FILED
MAY 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: MDL-1827 -- In re TFT-LCD (Flat Panel) Antitrust Litigation

(See Attached CTO-1)

**C 07   2760 SI**

Dear Mr. Wieking:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 25, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/
Deputy Clerk

Attachment

cc: Transferee Judge:      Judge Susan Yvonne Illston
    Transferor Judges:     (See Attached List of Judges)
    Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36

# U.S. District Court
## District of South Dakota (Southern Division)
## CIVIL DOCKET FOR CASE #: 4:07-cv-04033-KES
### Internal Use Only

Hansen v. LG Philips LCD Company LTD et al
Assigned to: Chief Judge Karen E. Schreier
Cause: 15:1 Antitrust Litigation

Date Filed: 03/13/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Chad Hansen**
*and all others similarly situated*

represented by **Clint L. Sargent**
Danforth, Meierhenry & Meierhenry
315 S. Phillips Ave.
Sioux Falls, SD 57104
336-3075
Fax: 336-2593
Email: clint@meierhenrylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**LG Philips LCD Company LTD**

**Defendant**
**LG Philips LCD America, Inc.**

**Defendant**
**LG Electronics Inc.**

**Defendant**
**Royal Philips Electronics NV**

**Defendant**
**Samsung Electronics Co., Ltd.**

**Defendant**
**Samsung Semiconductor, Inc.**

**Defendant**
**Au Optronics Corporation**

**Defendant**
**Au Optronics Corporation America**

**Defendant**

Chi Mei Optoelectronics

**Defendant**

Chi Mei Optoelectronics USA, Inc.

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

Toshiba Corporation

**Defendant**

Matsushita Display Technology Co., Ltd.

**Defendant**

Hitachi Ltd.

**Defendant**

Hitachi Displays, Ltd.

**Defendant**

Hitachi America Ltd.

**Defendant**

Hitachi Electronic Devices (USA), Inc.

**Defendant**

Sanyo Epson Imaging Devices Corporation

**Defendant**

NEC Corporation

**Defendant**

NEC LCD Technologies, Ltd.

**Defendant**

IDT International Ltd.

**Defendant**

International Display Technology Co., Ltd.

**Defendant**

International Display Technology
USA Inc.

**Defendant**

Chunghwa Picture Tubes Ltd.

**Defendant**

Hannstar Display Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2007 | 1 | COMPLAINT with Jury Demand filed by Chad Hansen.(DJP) (Entered: 03/13/2007) |
| 03/13/2007 | 2 | CIVIL COVER SHEET (DJP) (Entered: 03/13/2007) |
| 03/13/2007 | 3 | Filing fee: $ 350, receipt number SDX400006228 (DJP) (Entered: 03/13/2007) |
| 03/13/2007 | 4 | Summons Issued as to Au Optronics Corporation, Au Optronics Corporation America, Chi Mei Optoelectronics, Chi Mei Optoelectronics USA, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Matsushita Display Technology Co., Ltd., Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America Ltd., Hitachi Electronic Devices (USA), Inc., Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies, Ltd., IDT International Ltd., International Display Technology Co., Ltd., International Display Technology USA Inc., Chunghwa Picture Tubes Ltd., Hannstar Display Corporation, LG Philips LCD Company LTD, LG Philips LCD America, Inc., LG Electronics Inc., Royal Philips Electronics NV, Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc. (handed 26 true copies to representative from Danforth & Meierhenry)(DJP) (Entered: 03/13/2007) |
| 05/14/2007 | 5 | CONDITIONAL TRANSFER ORDER (certified copy) from MDL (SKM) (Entered: 05/15/2007) |