```
CORRECTED
Court Name: District of South Dakota
Division: 4
Receipt Number: SDX400006228
Cashier ID: dpeters
Transaction Date: 03/13/2007
Payer Name: Danforth and Meierhenry LLP
-----------------------------------------
CIVIL FILING FEE
 For: Danforth and Meierhenry LLP
 Amount:         $350.00
-----------------------------------------
CHECK
 Check/Money Order Num: 4243
 Amt Tendered: $350.00
-----------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

CIV07-4033, Chad Hansen, et al. v.
LG Philips LCD Company, LTD, et al.
(filing fee)
```