LINGEL H. WINTERS, ESQ. (SBN 37759)
LAW OFFICES OF LINGEL H. WINTERS
A PROFESSIONAL CORPORATION
One Maritime Plaza, Suite 400
San Francisco, CA  94111
Telephone:	(415) 398-2941
Facsimile:	(415) 393-9887

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL)ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br>ALL INDIRECT PURCHASER ACTIONS | **MDL No. M:07-cv-01827 SI**<br><br>**Case No. :3;07-cv-2796 SI**<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVCE FOR REPLY MEMORANDUM INDIRECT PURCHASER LEADERSHIP PROPOSAL OF LINGEL H. WINTERS P.C.**<br><br>Date: June 8, 2007<br>Time: 2:00 p.m.<br><br>Hon. Susan Illston<br>Courtroom: 10 |

1
REPLY MEMORANDUM LEADERSHIP

# CERTIFICATE OF SERVICE

I, **LINGEL H. WINTERS**, declare as follows:
I am a citizen of the United States of America, over the age of eighteen (18) years and not a party to or interested in the within entitled cause, that I am an attorney and my business address is One Maritime Plaza, Suite 400, San Francisco, CA 94111.

On the date hereon, I deposited one (1) copy each of the within:
**REPLY MEMORANDUM INDIRECT PURCHASER LEADERSHIP PROPOSAL OF LINGEL H. WINTERS P.C. CERTIFICATE OF SERVICE**
I caused the above document to be served on each person on the attached Service List by the following means.

[ ]    [BY MAIL] I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ]    [BY ECF]  By USDC Live System-Document Filing System: on all interested parties registered for e-filing.

[ ]    [BY TELECOPY] BY STIPULATION I caused such document to be delivered by telecopy transmission to the offices of the addressee.

[ ]    [BY PERSONAL DELIVERY] I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]    [BY FEDERAL EXPRESS] I caused such envelope to be delivered by Federal Express to the offices of the addressee.

[ X ]    [STATE] I declare under penalty of perjury under the laws of the State of California that the statements herein are true and correct.

[ X ]    [FEDERAL] I declare that I am employed in the offices of a member of this court at whose direction the service was made.

Executed on 4th day of June, 2007 in San Francisco, California.


/S/_____Lingel H. Winters_____

Lingel H. Winters